UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DANIEL CURRY, | ) | |
| Petitioner, | ) | |
| vs. | ) | Case No. 2:13-cv-286-JMS-DKL |
| CARAWAY, | ) | |
| Respondent. | ) | |

**Order Transferring Action to the Middle District of Pennsylvania**

The habeas petitioner has been transferred to the U.S.P. Lewisburg. The court takes judicial notice that the U.S.P. Lewisburg is located in the Middle District of Pennsylvania. *Puifory v. Reilly,* 2009 WL 839354 *2 (M.D.Pa. March 30, 2009).

For "habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla,* 542 U.S. 426, 443 (2004).

Based on the foregoing:

1. This action is transferred to the United States District Court for the Middle District of Pennsylvania.

2. The petitioner's current custodian, the Warden of the U.S.P. Lewisburg, is substituted as the respondent.

IT IS SO ORDERED.

Date: 04/17/2014

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Daniel J. Curry
Reg. No. 20015-76
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA  17837

Electronically Registered Counsel